U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                     Case Number: 08 CV 2641

Dennis Russell v. Det. Parisi 1181, Unknown
Officers, the Lake County Sheriff's Department,
and the County of Lake


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Det. Parisi 1181, Unknown Officers, Lake County Sheriff's Department and the County of Lake

| NAME (Type or print) |
| --- |
| THOMAS ANGER |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Thomas Anger |
| FIRM |
| Lake County State's Attorney's Office |
| STREET ADDRESS |
| 18 N. County Street, 3rd Floor |
| CITY/STATE/ZIP |
| Waukegan, IL  60085 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6282443 | (847) 377-3050 |

| | | |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐