IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENNIS RUSSELL,<br><br>      Plaintiff,<br><br>v.<br><br>DET. PARISI et. al.<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 08 CV 2641<br>)<br>)  Judge Manning<br>)<br>)<br>)<br>) |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants Detective Parisi, Unknown Officers, the Lake County Sheriff's Office, and the County of Lake, by MICHAEL WALLER, State's Attorney of Lake County, Illinois and by Thomas Anger, Assistant State's Attorney for Lake County, move this Honorable Court for an enlargement of time to file an answer or other pleading responsive to the Complaint, and in support of their Motion state as follows:

1. Plaintiff served his Complaint on Defendants June 13, 2008;

2. That Defendants were not given a chance to waive service of this Complaint under Federal Rule of Civil Procedure 12, and thus were deprived of the 60 day response time they otherwise would have been allotted to respond;

3. Plaintiff's Complaint alleges a myriad of allegations relating to a criminal case involving Plaintiff and various members of the Lake County Sheriff's Officers and other witnesses;

4. That immediately upon service of this Complaint, the Sheriff's Office and their counsel began to search for and locate all of the relevant criminal case

1

files;

5. That a number of documents need to be reviewed before Defendants can file an informed answer or other motion;

6. That there has been no lack of due diligence on the part of Defendants or their counsel in reviewing the relevant documents and preparing to file their response to Plaintiff's Complaint;

7. That assigned Assistant State's Attorney Thomas Anger was out of state between June 19, 2008 and June 30, 2008 on pre-scheduled vacation, thus depriving counsel and Defendants of a full week of time with which to prepare an informed response;

8. That the criminal division assistant state's attorney who investigated and prepared the criminal case at issue is currently (and has been since before June 13, 2008) on maternity leave;

9. That no prejudice would befall Plaintiff in granting this Motion For Enlargement of Time;

10. That Defendants respectfully request an additional 45 days to answer or otherwise plea in response to Plaintiff's Complaint and request that Defendants response not be due until August 17, 2008.

WHEREFORE, Defendants move this Honorable Court to grant their Motion For Enlargement of Time to Answer or Otherwise Plea and grant any other and further relief to which they may have availed themselves.

                    Respectfully submitted,

                    STATE'S ATTORNEY OF LAKE COUNTY
                    Defendant

                    MICHAEL J. WALLER
                    State's Attorney of Lake County

By:    s/Thomas Anger
        Assistant States Attorney

Michael J. Waller
States Attorney of Lake County
Thomas Anger #6282443
Assistant States Attorney
18 N. County Street
Waukegan, IL 60085

3