IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS RUSSELL | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08 CV 2641 |
| | ) | |
| DET. PARISI et.al. | ) | |
| | ) | Judge Manning |
| Defendants. | ) | |

NOTICE OF FILING

To:   Blake Horwitz
      Horwitz, Richardson & Baker LLC
      20 S. Clark Street
      Suite 500
      Chicago IL 60603

Please take notice that on Tuesday, July 1, 2008, the undersigned caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Defendants Motion for Enlargement of Time to Answer or Otherwise Plead, a copy of which is attached hereto and herewith served upon you.

                          By:   s/Thomas Anger
                                Assistant State's Attorney

Thomas Anger #6282443
Assistant State's Attorney
18 North County Street
Waukegan, IL 60085
(847) 377-3050
U:\WPDATA\CIVIL\Tom Anger\Civil Litigation\Russell v. Parisi 08CV2641\NOF-Enlargement.wpd

CERTIFICATE OF SERVICE

I, Thomas Anger, an attorney, certify that I served a copy of the foregoing Notice of Filing and Notice of Motion and Motion for Enlargement of Time by electronic mail on July 1, 2008.

                          By:   s/Thomas Anger