IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENNIS RUSSELL ) | |
|        Plaintiff, ) | |
| v. ) | Case No. 08 CV 2641 |
| ) | |
| DET. PARISI, et. al. ) | |
| ) | Judge Manning |
|        Defendants. ) | |

NOTICE OF MOTION

To:    Blake Horwitz
        Horwitz, Richardson & Baker LLC
        20 S. Clark Street
        Suite 500
        Chicago IL 60603

     Please take notice that on Tuesday, July 15, 2008, at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Manning or any judge sitting in her stead, in the Courtroom usually occupied by her in Room 2125 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL, and then and there present the Defendants' Motion for Enlargement of Time to Answer or Otherwise Plead, copies of which are attached hereto and hereby served upon you.

                                                            By:    s/Thomas Anger
                                                                           Assistant State's Attorney

Thomas Anger #6282443
Assistant State's Attorney
18 North County Street
Waukegan, IL 60085
(847) 377-3050
U:\WPDATA\CIVIL\Tom Anger\Civil Litigation\Russell v. Parisi 08CV2641\NOM-Enlargement.wpd

CERTIFICATE OF SERVICE

     I, Thomas Anger, an attorney, certify that I served a copy of the foregoing Notice of Motion, Notice of Filing and Motion For Enlargement of Time by electronic mail on July 1, 2008.

                                                            By:    s/Thomas Anger