IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 2641 |
| | ) | |
| DET. PARISI 1181, UNKNOWN OFFICERS, the LAKE COUNTY SHERIFFS DEPARTMENT and the COUNTY OF LAKE, | ) | Judge Blanche M. Manning |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCE

ANTHONY PARISI, LAKE COUNTY SHERIFFS DEPARTMENT and COUNTY OF LAKE, Defendants, by their attorney, Daniel P. Field, respectfully moves, pursuant to LR 83.17, for leave to file an additional attorney appearance and in support thereof, state as follows:

1. These defendants have appeared in this matter by Lake County Assistant States Attorney Thomas Anger.

2. The undersigned is a Special Assistant States Attorney for the County of Lake.

3. The Office of the States Attorney has requested the undersigned to appear and defend this matter as additional counsel for the defendants.

4. The undersigned is a member of the general bar and the trial bar of this court.

WHEREFORE, ANTHONY PARISI, LAKE COUNTY SHERIFFS DEPARTMENT and COUNTY OF LAKE   pray that this court enter its order granting Daniel P. Field leave to file his appearance as additional counsel for the defendants in this matter.

        Respectfully submitted,

        ANTHONY PARISI, LAKE COUNTY SHERIFFS
        DEPARTMENT, COUNTY OF LAKE, Defendants


        By:     s/Daniel P. Field
                Daniel P. Field, one of their attorneys

Daniel P. Field
SCARIANO, HIMES AND PETRARCA
209 West Madison Street
Waukegan, IL 60085-4345
(847) 662-5800
ARDC No. 00800597
dpfield@gmail.com