IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 2641 |
| | ) | |
| DET. PARISI 1181, UNKNOWN OFFICERS, the LAKE COUNTY SHERIFFS DEPARTMENT and the COUNTY OF LAKE, | ) ) ) ) | Judge Blanche M. Manning |
| | ) | |
| Defendants. | ) | |

## MOTION TO ENLARGE

ANTHONY PARISI, LAKE COUNTY SHERIFFS DEPARTMENT and COUNTY OF LAKE, Defendants, by Daniel P. Field, one of their attorneys, respectfully move, pursuant to Fed.R.Civ.P. 6(b) that this court enlarge the time for these defendants to answer or otherwise plead, and in support thereof, state as follows:

1. By prior order of this court, the defendants are to answer or otherwise plead to plaintiff's complaint on or before August 17, 2008.

2. The Office of the States Attorney has recently requested the undersigned to seek leave to file his appearance as additional counsel for the defendants in this matter.

3. It is anticipated that the undersigned will act as lead counsel for the defendants in this cause.

4. The undersigned will be out of his office the week of August 11 returning to the office on Monday, August 18, 2008, and unable to review the file materials submitted to him by the States Attorney's Office.

5. The undersigned anticipates that he can prepare an answer or otherwise plead to plaintiff's complaint a short time after returning to the office on August 18th.

WHEREFORE, ANTHONY PARISI, LAKE COUNTY SHERIFF'S DEPARTMENT and COUNTY OF LAKE, Defendants, pray that this court enter its order enlarging the time for these defendants to answer or otherwise plead to plaintiff's complaint to August 29, 2008.

Respectfully submitted,

ANTHONY PARISI, LAKE COUNTY SHERIFFS DEPARTMENT and COUNTY OF LAKE, Defendants

By:   s/Daniel P. Field
         Daniel P. Field, one of their attorneys

Daniel P. Field
SCARIANO, HIMES AND PETRARCA, CHTD.
209 West Madison Street
Waukegan, IL 60085-4345
(847) 662-5800
ARDC No. 00800597
dpfield@gmail.com