IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 2641 |
| | ) | |
| DET. PARISI 1181, UNKNOWN OFFICERS, the LAKE COUNTY SHERIFFS DEPARTMENT and the COUNTY OF LAKE, | ) ) ) ) | Judge Blanche M. Manning |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Mr. Blake Horwitz                           Mr. Thomas Anger
     Horwitz, Richardson & Baker, LLC            Assistant States Attorney
     20 South Clark Street                       18 North County Street
     Suite 500                                   Third Floor
     Chicago, IL 60603                           Waukegan, IL 60085

PLEASE TAKE NOTICE that on Thursday, August 21, 2008 at 11:00 a.m., the undersigned will appear before the Hon. Blanche M. Manning in Room 2125 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the defendants' motion for leave to file additional appearance and motion to enlarge and ask for hearing instanter at which time you may appear.

Respectfully submitted,

By:     s/Daniel P. Field

Daniel P. Field
SCARIANO, HIMES AND PETRARCA
209 West Madison Street
Waukegan, IL 60085-4345
(847) 662-5800
ARDC No. 00800597
dpfield@gmail.com

**CERTIFICATE OF SERVICE**

      Daniel P. Field, an attorney, certify that I served the foregoing Notice on the individuals to whom it is directed by electronically filing same with the clerk of court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Blake Horwitz | bhorwitz@hrbattorneys.com |
| Thomas Anger | tanger@co.lake.il.us |

                                              s/Daniel P. Field