IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 2641 |
| | ) | |
| DET. PARISI 1181, UNKNOWN OFFICERS, the LAKE COUNTY SHERIFFS DEPARTMENT and the COUNTY OF LAKE, | ) ) ) ) | Judge Blanche M. Manning |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2008, I electronically filed the motion of the defendants for leave to file an additional appearance and motion to enlarge with the clerk of court using the CM/ECF system which will send notification of such filing to the following:

Blake Horwitz              bhorwitz@hrbattorneys.com

Thomas Anger              tanger@co.lake.il.us


Respectfully submitted,


By:     s/Daniel P. Field

Daniel P. Field
SCARIANO, HIMES AND PETRARCA, CHTD.
209 West Madison Street
Waukegan, IL 60085-4345
(847) 662-5800
ARDC No. 00800597
dpfield@gmail.com