IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENNIS RUSSELL,<br><br>   Plaintiff,<br><br>   v.<br><br>DET. PARISI 1181, UNKNOWN OFFICERS, the LAKE COUNTY SHERIFF'S DEPARTMENT, and the COUNTY OF LAKE,<br><br>   Defendants. | Judge Manning<br>Magistrate Judge Nolan<br><br>No. 08-c-2641 |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

JOINT STATUS REPORT

to be filed electronically with the Clerk of Court through ECF, and that I caused a copy of the foregoing to be delivered to the following via email:

s/Daniel Playfair Field
Scariano, Himes & Petrarca
209 W. Madison Street
Waukegan, Illinois 60085-4345
Dpfield1@gmail.com

                                        s/Erica Faaborg_____
                                        Erica Faaborg
                                        Horwitz, Richardson & Baker LLC
                                        20 S. Clark, Suite 500
                                        Chicago, IL 60603