## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2641 | **DATE** | 8/29/2008 |
| **CASE TITLE** |  | Dennis Russell vs. Det. Parisi, et al | |

**DOCKET ENTRY TEXT**

Defendants' unopposed motion to enlarge [17] time to answer or otherwise plead to plaintiff's complaint is granted. This Court noticed that defendants answer was not filed on 8/29/2008 as suggested in the motion, therefore, the Court will give an extension until 9/12/2008. Defendant is directed to file answer as ordered. Defendant's unopposed motion for leave to file additional appearance [16] is granted. Daniel P. Field is granted leave to file his appearance as additional counsel on behalf of defendants. Status hearing set for 8/21/2008 is stricken and reset to 9/16/2008 at 11:00 a.m.

Docketing to mail notices.
Telephoned notice by judge's staff.

| | Courtroom Deputy Initials: | SB |
|---|---|---|